UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-20979 CIV - ALTONAGA

JILL R. VALCARCEL

    Plaintiff,

    v.

HSBC BANK NEVADA, N.A.;
EXPERIAN INFORMATION SOLUTIONS, INC.

    Defendant(s)
_____/

**NOTICE OF SETTLEMENT AS TO ALL REMAINING DEFENDANTS**

Plaintiff, **JILL R. VALCARCEL**, hereby notifies the Court that the Plaintiff and Defendants, **HSBC BANK NEVADA, N.A.** and **EXPERIAN INFORMATION SOLUTIONS, INC.,** have settled this matter and are currently finalizing the terms of their respective settlement agreements. The Parties will be filing Joint Stipulation of Dismissals within the next thirty days.

    Respectfully Submitted by,

    **PAUL A. HERMAN, P.A.**
    **20423 State Road 7**
    **Suite F6-477**
    **Boca Raton, FL 33498**
    **Tel: 561-236-8851**
    **Fax: 561-451-3461**

    *s/Paul A. Herman*
    **Filed by: Paul A. Herman, Esq**
    **FL Bar #405175**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Paul A. Herman*
Paul A. Herman, Esq.


## SERVICE LIST

**Defendant**

| | | |
|---|---|---|
| **Experian Information Solutions, Inc.** | represented by | **Veresa Jones Adams** Gordon Hargrove & James 2400 E Commercial Boulevard Suite 1100 Fort Lauderdale, FL 33308 954-958-2500 Fax: 958-2513 Email: vadams@ghj.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **HSBC Bank Nevada, N.A.** | represented by | **Traci Hope Rollins** **Squire Sanders & Dempsey LLP** **1900 Phillips Point West** **777 S Flagler Drive** **Suite 1900** **West Palm Beach, FL 33401-6198** **561-650-7256** **Fax: 655-1509** **Email: Trollins@ssd.com** **LEAD ATTORNEY** **ATTORNEY TO BE NOTICED** |